In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-028 CR


____________________



STEPHANIE RENELL MCGOUGH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court 


Jefferson County, Texas


Trial Cause No. 94682






MEMORANDUM OPINION


 On January 25, 2007, we notified the parties that our jurisdiction was not apparent
from the notices of appeal, and notified them that the appeal would be dismissed for want of
jurisdiction unless we received a response showing grounds for continuing the appeals. The
appellant filed a response, but failed to articulate a valid basis for jurisdiction in that
response.

 The notices of appeal seek to appeal the trial court's order continuing appellant's
community supervision and imposing additional conditions. The trial court's order is not
appealable. See Basaldua v. State, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977) (Appellate court
lacks jurisdiction on direct appeal from an order modifying the terms and conditions of
probation.). Accordingly, we hold the order from which appellant appeals is not appealable. 
The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered March 21, 2007

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.